AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

FILED
August 08, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Fidel Morales
DEPUTY

United States of America
v.
Jorge Luis Santana RIOS

*Defendant(s)*

Case No. **EP:24-M-03371-MAT**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 7, 2024 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 United States Code, Section 922(g)(5)(A) | Non-Immigrant Alien in Possession of a firearm and/or ammunition. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Complaint sworn to telephonically on August 08, 2024 at 02:00 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

ERNESTO HERRERA Digitally signed by ERNESTO HERRERA Date: 2024.08.08 10:10:50 -06'00'

*Complainant's signature*

Ernesto Herrera Jr., ATF Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/08/2024

*Judge's signature*

City and state: El Paso, TX

Miguel A. Torres, U.S. Magistrate Judge

*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Ernesto Herrera Jr., first being duly sworn, does hereby depose and state as follows:

1. On August 7, 2024, El Paso Police Department (EPPD) Officers were proactively patrolling the area of 1300 Lomaland and Gateway West, El Paso, Texas, located in the Western District of Texas. EPPD Officers observed a dark 2011 Subaru Outback bearing Texas Buyer Tags traveling southbound in the left lane and turn into the private parking lot of 11101 Gateway West, El Paso, Texas, the Western District of Texas, without signaling intent to turn. EPPD Officers initiated a traffic stop and contacted occupants of the vehicle. EPPD Officers advised the driver, Jorge Luis Santana RIOS, of the reason for the stop.

2. EPPD Officers identified the three (3) individuals of the vehicle and conducted a warrants check via police communications. EPPD Officer also requested the assistance of a EPPD K-9, trained in detecting the odor of drugs, to conduct a canine sniff of the exterior of the vehicle. EPPD K9 alerted to the exterior right passenger side area of the vehicle. Due to the positive alert from EPPD K-9, EPPD Officers searched the above-mentioned vehicle and located an empty package with marijuana residue, along with two (2) firearm magazines on top of a duffle bag, located on the floorboard of the rear passenger side. EPPD Officers located one (1) MilSport, Model American Tactical, multi caliber, rifle, bearing serial number MSA074727, underneath the duffle bag, on the floorboard of the rear passenger side. EPPD Officers advised your affiant that RIOS claimed ownership of the above-mentioned firearm.

3. On August 7, 2024, your affiant queried RIOS' status in the United States which revealed RIOS, a Cuban national, was unlawfully present in the United States without legal status. RIOS was ordered removed in absentia on June 3, 2024, by an immigration judge, due to failure to appear to RIOS' immigration hearing.

4. Your affiant, an ATF Interstate Nexus Expert examined the identifiers of one (1) MilSport, Model American Tactical, multi caliber, rifle, bearing serial number MSA074727 and determined the firearm was not manufactured in Texas, therefore affecting interstate commerce.

5. Based on the aforementioned facts and circumstances, your affiant believes probable cause exists that Jorge RIOS Santana knowingly possessed a firearm in violation of Title 18, United States Code, Section 922(g)(5)(A), Non-Immigrant Alien in Possession of a firearm and/or ammunition.