**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **USA** | § | |
| | § | |
| **vs.** | § | **Case Number: EP:24-M -03371(1)** |
| | § | |
| **(1) JORGE LUIS SANTANA RIOS** *Defendant* | § | |

**ORDER NOTIFYING GOVERNMENT OF DISCLOSURE OBLIGATIONS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f)**

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of, and ordered to comply with, the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is further notified of the possible consequences of violating this Order or those disclosure obligations, which my include, but are not necessarily limited to, the delay of trial or other proceedings, the exclusion of evidence, the giving of adverse jury instructions, the grant of new trial, the dismissal of an action, or a finding of contempt.

IT IS SO ORDERED this 21st day of August, 2024.

**MIGUEL A. TORRES**
**UNITED STATES MAGISTRATE JUDGE**