UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| vs. | § | NO: EP:24-CR-01931(1)-LS |
| | § | |
| (1) Jorge Luis Santana Rios, | § | |

**ORDER RESETTING MOTIONS HEARING**

IT IS HEREBY ORDERED that the above-entitled and numbered case is reset for **MOTIONS HEARING** in District Courtroom, Room 622, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Wednesday, February 05, 2025 at 08:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

**SO ORDERED.**

**Signed this 3rd day of February, 2025.**

LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE