**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **No. 3:24-CR-01931-LS** |
| | § | |
| **JORGE LUIS SANTANA RIOS,** | § | |
| | § | |
| ***Defendant.*** | § | |

**ORDER ON MOTIONS *IN LIMINE***

For the reasons given on the record during trial on April 28 and 29, 2025, the Court grants Defendant's motions *in limine* nos. 4–6. Defendant's motion *in limine* no. 3 is denied, and Defendant's motion *in limine* no. 7 is granted in part and denied in part as discussed on the record.

As detailed on the record, the Court grants the government's motions *in limine* nos. 1 and 3–13. Government's motion *in limine* no. 2 is denied.

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 29, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**