# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **No. 3:24-CR-01931-LS** |
| | § | |
| **JORGE LUIS SANTANA RIOS,** | § | |
| | § | |
| ***Defendant.*** | § | |

## VERDICT FORM

We the jury unanimously find:

## COUNT ONE

Firearm: Illegal or Unlawful Alien Possessing a Firearm

I. As to the charge of possessing a firearm as an illegal or unlawful alien, we the Jury unanimously find JORGE LUIS SANTANA RIOS:

___✓___ Not Guilty ________ Guilty

Dated this _29_ day of _April_, 2025, at El Paso, Texas.

[redacted]

Foreperson